

**PRISONER CASE**

③

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** JERMAINE K. WARE

**Defendant(s):** J. BRILL, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Jermaine K. Ware
#2007-0061733
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**08CV3689**
**JUDGE NORDBERG**
**MAGISTRATE JUDGE ASHMAN**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** *A. E. Woodham*   **Date:** 06/27/2008

FILED
JUN 27 2008 TC
Jun 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT