IN THE CIRCUIT COURT OF COOK COUNTY, ILLinois
COOK DEPARTMENT-CRIMINAL DIVISION

People of the State of ILL.
v.
Jermaine Ware

FILED
Aug 6, 2008
AUG 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case#07CR18485

RETURNED
JUL 2 8 2008
UNITED STATES DISTRICT COURT

Motion for reduction of bail

The Defendant Jermaine Ware through his Attorney Mrs. Lawson Robenson, moves this honorable court to reduce the currently set bail in this cause pursuant to the Eighth Amendment to the Constitution of the United states, for the following reasons;

1) The defendant was arrested on August 15, 2007, and charged with possession of controlled sibstance w/intent to deliver, and has been in continuous custody since the day of arrest.

2) Bail has been set in this cause in the amount of 75,000 dollars, which amount is excessive in that he lacks the funds. The amount of bail was set without consideration of the full street value of the siezed drugs. The police wrote up the street value as 200 dollars but when the lab report came back the wieght was 0.3 grams, which is actually 30 dollars in value.

3) The amount of bail previously set is far beyond the financial means of the defendant and his family.

4) The amount of bail previously set deprives the defendant the right to help identify and locate persons who may or may not be able to testify in his behalf. The bail set is not commensurate with the nature of the offense charged, in that the charge involved does not include any violence.

Wherefore the defendant respectfully requests that this court enter an order reducing bail from 75,000 dollars, to an amount that is with in the financial ability of the defendant and his family.

Further, that the court subject the defendant to such conditiions as this court deems just and reasonable, in accordance with 725 ILCS 5/110-4,; 5/110.5; 5/110-6, and the eighth amendment to the united states constitution.

respectfully submitted,

(08C 3689)

Jermaine K. Ware V. J. Brill # 6491

Drug case #
07CR18485
poss. w/intent
1000 ft of school

Copy

Chief Judge Paul Biebel,                                    Thurs. July 17, 2008

    Hello your honor, I am Jermaine K. Ware writing you from Cook county Department of Corrections. I'm writing you because I need some assistance on some issues only authority can deal with. I would like to change Venue and get a new Public Defender because she isn't working in my best interest. Ibeen in Cook County since Aug. 15, 2007, and been in continous custody for 11months until today.

    When I was first arrested my bond was 125,000D for 2grams of cocaine I was charged with, which I believe was very excessive for my charge. I feel my 8TH Amendment was violated because of this. My P.D. Mrs. Lawson Robenson ask for a bond reduction in my favor without puting in a motion and he did it, that was May 9, 2008. Now my bond is 75,000D which is still TOO high for my charge and I believe my 8TH amendment right is still being violated.

    When I was first charged, I was charged with 2gms. of crack cocaine, and when Lab. report came back it was 0.3grams. I believe my bond is excessive for 0.3grms. of cocaine So I wrote up a motion for my P.D. to present to the judge and get my bond reduce to 25,000D which is affordable for my family. My P.D. wouldn't accept it and present it the judge. So I raise my hand in front of Judge Salone and ask him can he accept my motion to reduce bond, on July 10, 2008. Judge Salone turned my motion down to because he said it most be presented through my P.D. He also brought up my past saying, "why would these officers put drugs on me unless I was doing something" which is wrong because I'm innocet and I did my time for my past and it shouldn't be used against me. I feelI'm being discriminated. I believe my P.D. spoke negatively about me to the judge.

I feel my P.D. isn't working in my best interest, and has violated my 6TH amendment right by not assisting me issues. I asked her to get a copy of the camera that sits across the street from the building I was arrested in, in to use in my defenses, Ialso ask her to get DNA/fingerprints off the bags to use in my defense; people V.Clark states a defendant can have test done if he feel it would help him in his book 596 N.E.2d page 642. My P.D. acts like she can't assist me with any of these issues to help with my defense. IF the states Attorney needed any test videofootage, paperwork etc. anything to help them in prosecution they could receive it with no problem. I want to change my P.D. and my judge.

                                        Please help me!

                                        Sincerely

                                        Jermaine K. Ware

*The police who arrested me are under investigation and I'm not the only one complaining.*

08C 3689

Jermaine K. Ware V. J. Bell et al

Drug case # 07CR18485
Poss. w/intent 1000ft of school



RETURNED
JUL 28 2008
UNITED STATES DISTRICT COURT

Clerk of the U.S. District Court

I would like to inform you that the police who arrested me falsely is under investigation. The Internal Affairs number 312-745-6310 on 35 Michigan Mr. Anderson #19719 is on the case. I wrote him and he sent me paper work and an affadavit to sign and give up my detail statement as to what happen Aug. 15 2007.

I wrote the Chief Judge a letter telling him my situation about the Judge he assigned me to is not trying to help me. He has been mislead by my P.D. I'm about to fire as soon as I got back to court Aug. 13, 2008. I feel my 8th amendment was violated Aug 16 2007 by givin me a very excessive bail for a non violet case. 125,000.00 My 6th amendment is being violated by the P.D. they assigned me to by not assisting and I asked her to have a speedy trial. She is doing what she want with my case. I tried to ask her to give me the officers who locked me up baige numbers, she won't. I need you to talk to a bar attorney for me. The Police violated my 4 amendment by illegally search and seizure. Please help me win this case.

Case 08C 3689     Sincerely
                   Jermaine
Jermaine K. Ware V. J. Brill 6491

Case Orig # 07CR18485
University Poss. of crack w/ intent
Deliver w/in 1000 ft of school

Remember next court date is Aug. 13, 2008

here is a letter I wrote to the Judge and a motion to reduce bond.

Please respond back on my issues
stay in touch with me.

When the Internal Affairs wrote me the sent a civil code. I'm just telling you and sending you a copy of the code § 1-109. last paper.

5/1-109. Verification by Certification

§ 1-109 Verification by Certification. Unless otherwise expressly provided by rule of the Supreme Court, whenever in this Code any complaint, petition, answer, reply, bill of particulars, answer to interrogatories, affidavit, return or proof of service, or other document or pleading filled in any court of this State is required or permitted to be verified, or made, sworn to or verified under oath, such requirement or permission is hereby defined to include a certification of such pleading, affidavit or other document under penalty of perjury as provided in this Section.

Whenever any such pleading, affidavit or other document is so certified, the several matters stated shall be stated positively or upon information and belief only, according to the fact. The person or persons having knowledge of the matters stated in a pleading, affidavit or other document certified in accordance with this Section shall subscribe to a certification in substantially the following form: Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Any pleading, affidavit or other document certified in accordance with this Section may be used in the same manner and with the same force and effect as though subscribed and sworn to under oath.

Any person who makes a false statement, material to the issue or point in question, which he does not believe to be true, in any pleading, affidavit or other document certified by such person in accordance with this Section shall be guilty of a Class 3 felony.

08C 3689
Jermaine K. Ware V. J. Bell  6491

Drug case
07CR18405
Poss w/intent
1000 ft of a school